A94A0239. GORDON COUNTY FARMS et al. v. MALONEY.
(465 SE2d 731)

JOHNSON, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Maloney v. Gordon County Farms*, 265 Ga. 825 (462 SE2d 606), our decision in *Gordon County Farms v. Maloney*, 214 Ga. App. 253 (447 SE2d 623) (1994), is hereby vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. All the Judges concur.*

DECIDED NOVEMBER 27, 1995.

*Shivers, Johnson & Wilson, Edwin G. Russell, Jr.,* for appellants.
*Mundy & Gammage, E. Lamar Gammage, Jr.,* for appellee.
*Kissiah & Richter, Richard C. Kissiah, Davidson & Strain, John M. Strain, Melinda K. Wells,* amici curiae.